1088

No. 75–786. County Board of Arlington County v. God. Sup. Ct. Va. Certiorari denied.

No. 75–790. McCullough v. Washington. Ct. App. Wash. Certiorari denied.

No. 75–793. Local 254, Graphic Arts International Union, AFL–CIO, et al. v. Western Publishing Co., Inc. C. A. 7th Cir. Certiorari denied.

No. 75–799. Schwartz v. Schwartz. Ct. Sp. App. Md. Certiorari denied.

No. 75–801. Spence v. State Bar of South Carolina et al. Sup. Ct. S. C. Certiorari denied.

No. 75–803. Hoffer et al. v. Anthony De Crescenzo, Inc. Ct. Sp. App. Md. Certiorari denied.

No. 75–810. Caldwell v. Southeast Title & Insurance Co. Sup. Ct. Fla. Certiorari denied.

No. 75–848. Agosti v. Huge et al., Trustees. C. A. D. C. Cir. Certiorari denied.

No. 75–5511. Moore v. Koelzer et al. C. A. 3d Cir. Certiorari denied.

No. 75–5543. Frazier v. United States; and
No. 75–5773. Peterson v. United States. C. A. 4th Cir. Certiorari denied. Reported below: 524 F. 2d 167.